Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JOSEPH LUISE MCKENNY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LUISE MCKENNY, <br><br> Plaintiff, <br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:15-cv-01558-SKO <br><br> STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF <br><br> (FIRST REQUEST) |

Plaintiff Joseph Luise McKenny and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from May 26, 2016 to June 26, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel inadvertently scheduled this matter for June 7, 2016, and became aware

-1-

today that the opening brief is due. Counsel has been in hearings all week and was not able to address the motion or the filing of this extension timely. Counsel's preparation time on the motions has increased due to the magnitude of the files of late and counsel was only able to complete two motions last week with the hearing schedule leaving no time to complete this motion before the due date. Counsel was out of the office on hearings yesterday when this extension should have been filed Counsel also seeks an extension of time to confer with her client which she has not been able to do so far.  Counsel seeks this extension of time in good faith and will complete the opening brief as soon as possible on or before the due date.

DATE: May 25, 2016            Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Joseph Luise McKenny

DATE:  May 25, 2016

PHILLIP A.TALBET
*United States Attorney*

/s/ *Richard Rodriguez*

BY: _____
Richard Rodriguez
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

//
//
//
//

**ORDER**

  Based on the above stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including June 26, 2016, to file his opening brief.

  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **May 31, 2016**        /s/ *Sheila K. Oberto*
                 UNITED STATES MAGISTRATE JUDGE