# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LUISE MCKENNY, | Case No. 1:15-cv-01558-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (Doc. 35) |
| Defendant. | |

On October 12, 2015, Plaintiff, while represented by counsel and *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.) On June 1, 2016, the Court entered the parties' stipulated request to modify the Scheduling Order to require Plaintiff to file and serve his opening brief by no later than June 26, 2016. (Docs. 15; 16.)

On June 27 2016, Plaintiff's counsel filed a motion to withdraw as attorney of record, stating her good faith belief that her continued representation of Plaintiff would violate Fed. R. Civ. P. 11(b)(2). (Doc. 17.) Plaintiff's counsel was permitted to withdraw as attorney of record on August 2, 2016, and the Court extended the deadline for Plaintiff to file and serve his opening brief to September 2, 2016. (Doc. 31). That same day, August 2, 2016, Plaintiff was served with an Informational Order for Pro Se Litigants. (Doc. 33.) The Informational Order detailed

Plaintiff's responsibilities as a pro se litigant, including the substantive requirements of an opening brief, and required that the opening brief be filed and served by no later than September 2, 2016. (Doc. 33, p. 2.) Plaintiff was further advised of the deadlines for the Commissioner's responsive brief and for any reply brief. (Doc. 33, p. 3.) These deadlines were also set forth on page 3 of the Informational Order which was served on Plaintiff. (Doc. 33, p. 3.)

On September 2, 2016, Plaintiff failed to file and serve his opening brief with the Court and on opposing counsel. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's August 2, 2016, Order extending the time to file Plaintiff's opening brief to September 2, 2016 (Doc. 31). Alternatively, Plaintiff may file an opening brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **September 30, 2016**, Plaintiff shall **either**:
    a.  file a written response to this Order to Show Cause; **or**
    b.  file an Opening Brief that conforms with the requirements set forth in the Informational Order.
2. Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **September 13, 2016**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE